**Robert E. Barton**, OSB #814637
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendant Old Dominion Freight
Line, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL RINTOUL, | Civil No.: 3:21-CV-01733 |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT** |
| OLD DOMINION FREIGHT LINE, INC., a foreign corporation, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

**TO:   CLERK OF THE COURT**

PLEASE TAKE NOTICE THAT defendant Old Dominion Freight Line, Inc. (ODFL)

hereby removes to this court the state court action described below:

///

///

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT
Page 1**

1.      On or about November 4, 2021, an action was filed in the Circuit Court of the state of Oregon for the county of Columbia entitled *Michael Rintoul v. Old Dominion Freight, Line, Inc.*, case number 21CV43014. True and correct copies of the summons and complaint are attached hereto as **Exhibit 1**.

2.      This is a civil action over which this court has original jurisdiction pursuant to 28 USC §1332, and is one that may be removed to this court by defendants pursuant to 28 USC §1441(b) because:

    a.      At all relevant times, upon information and belief plaintiff Michael Rintoul was a resident of Oregon. (Complaint, ¶ 1).

    b.      The complaint alleges that ODFL "was a foreign corporation of the State of North Carolina." (Complaint, ¶ 3).

    c.      At all relevant times, defendant ODFL was, and is, a business incorporated in the commonwealth of Virginia.  Its principal place of business is in North Carolina.

    d.      Plaintiff seeks $325,000.00 in damages. (Complaint, ¶ 11).

3.      Removal is timely pursuant to 28 USC §1446(b) because the earliest the summons and complaint were served on Defendants was November 9, 2021.  A true and correct copy of the proof of service is attached hereto as **Exhibit 2**.

4.      This is the district and division embracing the place where the state court action is pending (Columbia County Circuit Court).

///

///

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT
Page 2**

5.    No other proceedings have occurred, and no other documents have been served in the state court action other than the service of summons and complaint, as referenced above.  A copy of the docket in the state court action is attached as **Exhibit 3**.

6.    In filing this notice, defendant does not waive any defenses or claims including, but not limited to, any defenses based on jurisdiction, service, or status of limitations.

7.    ODFL demands trial by jury.

DATED:  December 3, 2021

BULLIVANT HOUSER BAILEY PC

By _____

**Robert E. Barton, OSB #814637**
**E-mail:  bob.barton@bullivant.com**
Telephone: 503.228.6351
Attorneys for Defendant Old Dominion
Freight Line, Inc.

4870-6303-6419.1 36882/00020

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT**
**Page 3**

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I caused to be served the foregoing

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT on the following party

at the following address:

| | |
|---|---|
| Joshua V. Callahan<br>CALLAHAN LAW OFFICE<br>10121 SE Sunnyside Rd.<br>Suite 300<br>Clackamas, OR 97016<br>Email: joshua@callahanlawyer.com<br><br>*Attorneys for Plaintiff* | ☒ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  E-mail |

_____
Robert E. Barton

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**CERTIFICATE OF SERVICE
Page 1**